# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cv-01895-PMP-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| LELAND JONES, | |
| Defendant. | |

Before the Court for consideration is Petitioner Leland Jones' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. #1), filed October 16, 2013. Petitioner Jones is currently a defendant in a criminal prosecution pending in this District styled United States of America vs. Ross Hack and Leland Jones, 2:12:cr-00063-PMP-CWH. That case is currently scheduled to commence trial in September 2014. Because the issues raised in Jones' Petition have been, and are currently being addressed in the companion criminal case, the Court finds the instant Petition to be unnecessarily duplicative. Any relief sought by Petitioner Jones in the instant Petition has and/or can be requested in the companion criminal case.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. #1) is hereby DISMISSED without prejudice.

Dated: June 6, 2014.

PHILIP M. PRO
United States District Judge